United States Bankruptcy Court
District of Maryland

In Re: James Mides                    Case Number: 25-21703

Debtor(s)                              Chapter:

#44008018   $34

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:                                  Signature of Debtor(s): /s/

                                       /s/ 12/22/25

Mayor and city counsil balt

City  417 fayett st room 355

Baly city 21202

Re property  639 savage st

Re  lawyer Daniel dreifuss   suit 101

Executive bvld 2   29852

West 11 llc

C   eskin law suite 212

1700  reisstertown rd  21208

1129 bonsal  street tax sale

Tax property one    2833 smith ave

 21209