UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

IN RE :                                          BCN#: 25-21703
James Miklos                                     Chapter: 13
Debtor

NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for

Deutsche Bank National Trust Company, as Trustee for GSRPM Mortgage Loan Trust 2007-1

Mortgage Pass-Through Certificates, Series 2007-1 and requests that she be placed upon the mailing

list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,
LOGS Legal Group LLP

/s/Randa S Azzam
By: _____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 261-7420

## CERTIFICATE OF SERVICE

I hereby certify that on the _____23rd_____ day of _____December_____, __2025_____ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

David I. Steinberg                                                    Debtor's Attorney
8630 Fenton Street
Ste. 320
Silver Spring, MD 20910

Rebecca A. Herr                                                      Chapter 13 Trustee
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401

Via First Class Mail, Postage Prepaid:

James Miklos                                                         Debtor(s)
639 Savage Street
Baltimore, MD 21224

                              /s/Randa S Azzam
                         _____
                         William M. Savage, Esquire
                         Federal I.D. Bar No. 06335
                         Randa Azzam, Esquire
                         Federal I.D. Bar No. 22474
                         Gregory N. Britto, Esquire
                         Federal I.D. Bar No. 22531
                         Angela M. Tonello, Esquire
                         Federal I.D. Bar No. 30084
                         LOGS LEGAL GROUP LLP
                         Mailing Address
                         8520 Cliff Cameron Dr., Suite 330
                         Charlotte, North Carolina 28269
                         (703) 449-5800
                         logsecf@logs.com      18-274981