United States Bankruptcy Court

Greenbelt, Maryland

IN RE:

James Micklos

Case No. 25-21703

Chapter 13

Debtor(s)

## MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)

The Debtor, James Micklos, by and through undersigned counsel, David I. Steinberg, Esq., moves this Honorable Court for an Order extending the automatic stay as to all creditors. The grounds are as follows:

1. The Debtor filed a voluntary petition with counsel under Chapter 13 on December 16, 2025, with the case number 25-21703.

2. The Debtor previously filed a voluntary petition under Chapter 13 Bankruptcy to a voluntary petition on March 14, 2025, with the case number 25-12176.

3. The Debtor's prior Chapter 13 case was dismissed on April 22, 2025.

4. As such, under 11 U.S.C. 362(c)(3)(A) and (B), the Debtor must seek an extension of the stay beyond the 30 day period provided by the code as to any or all creditors and the Court may order such an extension if the Debtor successfully demonstrates that the instant case was filed in good faith as to the creditors to be stayed.

5. The Debtor's prior Chapter 13 case dismissed on April 22, 2025 was the only previous case by the Debtor that was pending during the preceding year.

6. Debtor retained counsel to represent Debtor through all steps of the present bankruptcy case, including the credit counseling process for which they already filed a certificate with the Court.

7. The entire petition and Chapter 13 plan has been filed with this Honorable Court.

8. Debtor has advised counsel that Debtor wants to reorganize the debts and is committed to continue the present Chapter 13 case.

9. Debtor has informed counsel that Debtor has the financial resources necessary to succeed in the instant case. Debtors' first Chapter 13 case was dismissed due to the failure to file a Chapter 13 Plan in a timely manner. Debtor has informed counsel that he does have the financial ability to perform under the terms of the Chapter 13 plan. The Debtor has income that will provide adequate funding to meet the all monthly expense payments and the Chapter 13 plan payments to satisfy the secured claims and pay unsecured creditors a reasonable distribution.

10. It is in the best interest of all parties that the case should go forward and that the Debtor be allowed to fund a viable Chapter 13 Plan.

11. Debtor asserts that the above grounds rebut the presumption of filing not in good faith as set forth in 11 U.S.C.

362(c)(3)(C) by clear and convincing evidence.

    Wherefore, Debtor prays that this Court continue the automatic stay under 362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under 362(c)(1) or (c)(2), or a motion for relief is granted under 362(d).

12/25/25

_____

/s/David I. Steinberg

_____

David I. Steinberg, Esq.

8630 Fenton Street, Suite 320

Silver Spring, MD 20910

Counsel for Debtor

301-589-4597

**United States Bankruptcy Court**
Greenbelt, Maryland

**IN RE:**  
James Micklos

Case No. 25-21703  
Chapter 13

_____
Debtor(s)

ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)

UPON CONSIDERATION of the Debtor's Motion to Extend the Automatic Stay pursuant to 11 U.S.C. 361 (c)(3)(B), grounds being stated and with/without any response thereto, and after notice and opportunity for hearing, and

IT APPEARING to the Court that good cause exists to grant the Motion, it is hereby;

ORDERED, that the automatic stay under 11 U.S.C. 361(c)(3)(B) shall commence against all creditors for the duration of Debtor's above-captioned case.

Copies to:

Debtor

Debtor's Counsel

Chapter 13 Trustee

U.S. Trustee

All creditors and parties on the Matrix

END OF ORDER

# United States Bankruptcy Court
## District of Maryland

In re: James Micklos, Debtor(s)

Case No. 1:25-bk-21703
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on December 25, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Extend Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca Herr, Esq.
Chapter 13 Bankruptcy Trustee

I hereby further certify that on December 25, 2025, a copy of Motion to Extend Automatic Stay was also mailed first class mail, postage prepaid to:

Creditors listed on Matrix

/s/ David Steinberg
David Steinberg
David I Steinberg Law Group LLC
8630 Fenton Street Suite 320
Silver Spring, MD 20910
(301) 589-4597 Fax:
ds@dsteinlaw.com

Baltimore City Dept of Public Works
100 N Holliday St
Baltimore, MD 21202


Ben Lyons
PO Box 87
Reisterstown, MD 21136-0087


BGE
PO Box 1475
Baltimore, MD 21203-1475


Comptroller of Maryland
7 St Paul St Ste 230
Baltimore, MD 21201


Deutsche Bank
PO Box 24738
West Palm Beach, FL 33416-4738


Direct TV, LLC
c/o American InfoSource, LP
PO Box 5008
Carol Stream, IL 60197-5008


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999


Joseph Balsamo
1200 Bank St
Baltimore, MD 21202-4309

Lakeside National
11350 McCormick Rd
Executive Plaza 1 Ste 407
Hunt Valley, MD 21031


Lakeside National LLC
54 Windemere Pkwy
Phoenix, MD 21131-2425


Mannie and Wayne Capers
1113 Abbolt Court
Baltimore, MD 21202-5425


Ocwen Loan Servicing, LLC
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409-6493


Randall Taylor
20 S Charles St Ste 1102
Baltimore, MD 21201-3219


REPID, LLC
PO Box 87
Reisterstown, MD 21136-0087


State of Maryland - Central Coll. Unit
300 W Preston St Fl 5
Baltimore, MD 21201-2308


Ultra-Safe Fund LLC
c/o Law Office of Stefan B. Ades LLC
3604 Eastern Ave Ste 300
Baltimore, MD 21224-4250


Westlake Financial Services
PO Box 76809
Los Angeles, CA 90076-0809