Entered: December 29th, 2025
Signed: December 29th, 2025

**SO ORDERED**

The hearing described below shall be set for January 13, 2025 at 11:30 AM.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–21703 – DER**     Chapter: **13**

**James Micklos**
Debtor

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO EXTEND AUTOMATIC STAY

The debtor having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688).

cc:  Debtor
     Attorney for Debtor – David I. Steinberg
     Case Trustee – Rebecca A. Herr
     All Creditors

**End of Order**

37x04 (rev. 01/26/2006) – DanielWalston