# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–21703 – DER**   Chapter: **13**

**James Micklos**
Debtor

## CLERK'S NOTICE OF NO ACTION

On December 22, 2025, a Amendment to List of Creditors was filed with the Court at docket number 13. This document was not filed by counsel of record in this case. Pursuant to Local Bankruptcy Rule 9011–4, notice is given that no action will be taken by the Court on this filing unless requested by counsel.

Dated: 12/29/25

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Daniel Walston
                                              301–344–3496

clknoact (12/2025)