UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore

IN RE:

JAMES MICKLOS

      Debtor(s)　　　　　　　　Chapter 13

　　　　　　　　　　　　　　　　Case No. 25-21703

OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSRPM MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

    Deutsche Bank National Trust Company, as Trustee for GSRPM Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

    1.  This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 639 Savage Street, Baltimore, MD 21224; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

    2.  The debtor(s) are due estimated pre-petition arrears of $4,112.93.

    3.  The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

    4.  Further, the Plan is inadequately funded, in that the plan base is less than this Creditor's claim.

    5.  The plan does not propose to pay the Secured Creditor's entire claim, with estimated arrears of $4,112.93.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.

Dated:__1/6/2026_____

    Respectfully submitted
    Deutsche Bank National Trust Company, as Trustee for GSRPM Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1

    By Counsel:

    /s/Randa S Azzam

    _____
    William M. Savage, Esquire
    Federal I.D. Bar No. 06335
    Randa Azzam, Esquire
    Federal I.D. Bar No. 22474
    Gregory N. Britto, Esquire
    Federal I.D. Bar No. 22531
    Angela M. Tonello, Esquire
    Federal I.D. Bar No. 30084
    LOGS LEGAL GROUP LLP
    Mailing Address
    8520 Cliff Cameron Dr., Suite 330
    Charlotte, North Carolina 28269
    (703) 449-5800
    logsecf@logs.com    18-274981

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____6th____ day of ____January_____, __2026_____ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| David I. Steinberg | Debtor's Attorney |
| 8630 Fenton Street Ste. 320 | |
| Silver Spring, MD 20910 | |

| | |
|---|---|
| Rebecca A. Herr | Chapter 13 Trustee |
| Chapter 13 Trustee | |
| 185 Admiral Cochrane Drive Suite 240 | |
| Annapolis, MD 21401 | |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| James Micklos | Debtor(s) |
| 639 Savage Street | |
| Baltimore, MD 21224 | |

/s/Randa S Azzam
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
LOGS LEGAL GROUP LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
(703) 449-5800
logsecf@logs.com      18-274981