**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| IN RE:<br><br>James Micklos<br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO. 25-21703 |
| NewRez LLC as servicer for Deutsche Bank National Trust Company, as Trustee for GSRPM Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1<br>MOVANT,<br><br>vs.<br><br>James Micklos<br><br>DEBTOR(S) | |

**NOTICE OF CONTINUANCE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING THEREON**

NewRez LLC as servicer for Deutsche Bank National Trust Company, as Trustee for GSRPM Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 (hereinafter "Movant"), and its assigns, by and through counsel, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §362(a), to enable it to obtain an order granting relief from the automatic stay against the property located at:

**639 SAVAGE STREET, BALTIMORE, MD 21224**

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one.

Hugh Andrew Smith
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
*Counsel for Movant*

**The hearing is continued to December 07, 2026, at 1:30pm, in Courtroom 9-D, United States Bankruptcy Court, 101 W Lombard St Baltimore, MD 21201**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: November 12, 2026

Respectfully submitted,
By: /s/ Hugh Andrew Smith
Hugh Andrew Smith, MDBN 2305170002
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: hsmith@mtglaw.com

# CERTIFICATE OF SERVICE

I HEARBY CERTIFY that on this 12th day of November, 2026, the following person(s) were served a copy of the foregoing Notice of Continuance of Motion for Relief from Automatic Stay and Hearing Thereon in the manner described below:

Via First Class Mail, Postage Prepaid:
James Micklos
639 Savage Street
Baltimore, MD 21224
Debtor

Via CM/ECF:

*David I. Steinberg*
*8630 Fenton Street*
*Ste. 320*
*Silver Spring, MD 20910*
*Debtor Attorney*

*Rebecca A. Herr*
*Chapter 13 Trustee*
*185 Admiral Cochrane Dr.*
*Suite 240*
*Annapolis, MD 21401*
*CH 13 Trustee*

*/s/ Hugh Andrew Smith*
Hugh Andrew Smith